UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE 1, JANE DOE 2, JANE DOE 3, JANE DOE 4, JANE DOE 5, JANE DOE 6, JANE DOE 7, and JANE DOE 8,

        Plaintiffs,

-against-

UNITED STATES OF AMERICA,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/9/2026_____

25 Civ. 10558 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated January 5, 2026, the Court instructed the parties to submit a joint letter and proposed case management plan by March 6, 2026.  *See* ECF No. 6.  Those submissions are overdue.  Accordingly, by **April 6, 2026**, the parties shall file those submissions.  Plaintiffs are reminded that, pursuant to Rule II(B) of the undersigned's Individual Practices in Civil Cases, "[i]f defense counsel has not appeared at least one week prior to the deadline for these submissions, plaintiff[s'] counsel is directed to submit a letter requesting an adjournment and informing the Court of the status of defense counsel's appearance."

    The Court notes that Defendant United States of America has not appeared in this action, and that Plaintiffs have not filed proof of service upon Defendant.  Plaintiffs are reminded that under Federal Rule of Civil Procedure 4(m), service must be completed within 90 days.

    SO ORDERED.

Dated: March 9, 2026
       New York, New York

                                ANALISA TORRES
                            United States District Judge