AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| JANE DOE 1, JANE DOE 2, JANE DOE 3, JANE DOE 4, JANE DOE 5, JANE DOE 6, JANE DOE 7, and JANE DOE 8 <br><br> _Plaintiff(s)_ <br><br> v. <br><br> UNITED STATES OF AMERICA <br><br> _Defendant(s)_ | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  1:25-cv-10558 |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  UNITED STATES OF AMERICA
c/o OFFICE OF THE UNITED STATES ATTORNEY
GENERAL U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Arick Fudali
The Bloom Firm
26565 Agoura Road, Suite 200
Calabasas, CA 91302
(818) 914-7397
Email: Arick@thebloomfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date:  March 16, 2026

/S/  S.  James

_Signature of Clerk or Deputy Clerk_

