THE
**BLOOMFIRM**
*Attorneys at Law*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___4/3/2026___

April 1, 2026

**BY ECF**
The Honorable Analisa Torres
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:**    *Jane Doe 1, Jane Doe 2, Jane Doe 3, Jane Doe 4, Jane Doe 5, Jane Doe 6, Jane Doe 7, and Jane Doe 8 v. United States of America; 1:25-cv-10558*

Dear Judge Torres:

We write on behalf of Plaintiffs in response to the Court's Orders dated January 5, 2026 (ECF No. 6) and March 9, 2026 (ECF No. 7).

Plaintiffs respectfully advise that Defendant United States of America was served with the Complaint (ECF No. 1) and the abovementioned Orders on March 19, 2026 (*See* Exhibit 1, Proof of Service, ECF Nos. 15-20). To date, Defendant has not appeared in this action.

Accordingly, Plaintiffs respectfully request an adjournment of the April 6th deadline to submit the joint letter and proposed case management plan. Counsel for Plaintiffs will promptly meet and confer with counsel for Defendant and submit the required materials once Defendant appears.

Respectfully submitted,

/s/ Arick Fudali
Lisa Bloom
Arick Fudali
Yasmine Meyer
Mary Fitilchyan
Megan Helfend

Enclosure/Attachment

cc:  All Counsel of Record via ECF

GRANTED.  By **May 6, 2026**, the parties shall submit a joint letter and proposed case management plan.

SO ORDERED.

Dated:  April 3, 2026
        New York, New York

_____
ANALISA TORRES
United States District Judge

Our attorneys are admitted to practice law in California, Nevada, New York, Florida and Texas
26565 Agoura Road, Suite 200| Calabasas | CA | 91302 | Office: (818) 914-7397 | Fax: (818) 884-8079 | TheBloomFirm.com