

**U.S. Departm**

*United States*
*Southern Distr*

*86 Chambers Street*
*New York, New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/5/2026

May 4, 2026

**By ECF**
The Honorable Analisa Torres
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

     Re:    *Jane Doe 1 et al. v. United States of America*, 25 Civ. 10558 (AT)

Dear Judge Torres:

    This Office represents the United States of America (the "Government") in the above-referenced action brought by Jane Doe plaintiffs under the Federal Tort Claims Act. The Government writes respectfully to request a 60-day extension of the Government's time to file its response to the Complaint, currently due May 19, 2026, and an adjournment of the May 6, 2026, deadline for the parties to submit a joint letter and proposed case management plan.

    The reason for this request is that the Government needs additional time to gather information relevant to the complaint and to prepare its response.  In addition, there is a case that has been marked as related to this case, *Jane Doe et al. v. United States of America*, No. 26 Civ. 1673.  Counsel for the plaintiffs in that matter have represented that they intend to voluntarily dismiss the action, but may file a substantially similar action with different plaintiffs.  If another substantially similar action is filed, it would be most efficient for the Government to respond to both complaints on the same schedule, and thus a sixty-day extension should allow sufficient time to evaluate any new, related, action.  Finally, an Assistant U.S. Attorney who is starting in this Office today has been assigned to handle this matter  and will need time to familiarize himself with the matter, among the other cases on his docket.

    The Government thus respectfully requests that the Government's time to file its response to the Complaint be extended from May 19, 2026, to July 20, 2026, and that the May 6, 2026, deadline for the parties to submit a joint letter and proposed case management plan be adjourned until a date after the Government files its response to the Complaint.  This is the Government's first request for an extension of its deadline to respond to the Complaint and for an extension of the deadline for the parties to submit a joint letter and proposed case management plan. Plaintiffs consent to these requests.

    We thank the Court for its consideration of these requests and attention to this matter.

Page 2

Respectfully,

JAY CLAYTON
United States Attorney
Southern District of New York

By:    */s/ Dana Walsh Kumar*
DANA WALSH KUMAR
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2741
Email: dana.walsh.kumar@usdoj.gov

CC: Plaintiffs' Counsel (ECF)

GRANTED.  By **July 20, 2026**, the Government shall answer or otherwise respond to the complaint.  By **August 11, 2026**, the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated:  May 5, 2026
        New York, New York

_____
ANALISA TORRES
United States District Judge

2