**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| JANE DOE 1, JANE DOE 2, JANE DOE 3, JANE DOE 4, JANE DOE 5, and JANE DOE 6, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> *Defendant*. | **NOTICE OF** <br> **VOLUNTARY DISMISSAL** <br><br> Case No.: 1:25-cv-10558-AT |

**JANE DOE 1 - JANE DOE 6  NOTICE OF DISMISSAL, WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41 (4)(a)(1)(A)(i), Plaintiffs Jane Doe 1, Jane Doe 2, Jane Doe 3, Jane Doe 4, Jane Doe 5, and Jane Doe 6, hereby dismisses their Complaint (Document 1) without prejudice.

By: *Jennifer Plotkin*

Jennifer Plotkin, Esq. (JP-2121)
Jordan Merson, Esq. (JM-7939)
*Attorneys for Plaintiffs*
950 Third Avenue, 18th Floor
New York, New York 10022
Telephone: (212) 603-9100
Facsimile: (347) 441-4171
Email: jmerson@mersonlaw.com
Email: jplotkin@mersonlaw.com