**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JANE DOE 1, JANE DOE 2, JANE DOE 3, JANE DOE 4, JANE DOE 5, JANE DOE 6, JANE DOE 7, and JANE DOE 8,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>*Defendant*. | **NOTICE OF**<br>**VOLUNTARY DISMISSAL**<br><br>Case No.: 1:25-cv-10558-AT |

**JANE DOE 1 - JANE DOE 8  NOTICE OF DISMISSAL, WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41 (4)(a)(1)(A)(i), Plaintiffs Jane Doe 1, Jane Doe 2, Jane Doe 3, Jane Doe 4, Jane Doe 5, Jane Doe 6, Jane Doe 7, and Jane Doe 8, hereby dismiss their Complaint (Document 1) without prejudice.

By: _____

Arick Fudali, Esq.
Lisa Bloom, Esq.
Mary Fitilchyan, Esq. (To be admitted Pro Hac Vice)
Megan Helfend, Esq.
Attorneys for Plaintiffs